■

Daniel DRAKE,[1] Petitioner
Below–Appellant,

v.

STATE of Delaware, Respondent
Below–Appellee.

No. 352, 2015

Supreme Court of Delaware.

Submitted: December 18, 2015

Decided: December 21, 2015

GRANTED.

■

David NAUGHTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 328, 2015

Supreme Court of Delaware.

Submitted: November 25, 2015

Decided: December 22, 2015

AFFIRMED.

■

Russell E. WALKER, Plaintiff
Below, Appellant,

v.

CITY OF NEW CASTLE and
John Lloyd, Defendants
Below, Appellees.

No. 183, 2015

Supreme Court of Delaware.

Submitted: October 16, 2015

Decided: December 31, 2015

REVERSED.

■

TWITTER, INC., a Delaware
corporation, Defendant
Below–Appellant,

v.

1 OAK PRIVATE EQUITY VENTURE
CAPITAL LIMITED, a Cayman Is-
lands exempt limited company for it-
self and as manager for and on behalf
of Bluebird Access 1 LP, a Cayman
Islands exempt limited partnership, in
their own rights and as successors-in-
interest to 1 Oak Group Limited, a
Cayman Islands exempt limited com-
pany, 1 Oak Financial Group Limited,

1. The Court previously assigned a pseudonym to the appellant under Supreme Court Rule

a Cayman Islands exempt limited company, and 1 Oak New Digital Age (NDA) Top Fund, a segregated portfolio of JP SPC5, a Cayman Islands segregated portfolio company, Plaintiffs Below–Appellees.

No. 684, 2015

Supreme Court of Delaware.

Submitted: December 21, 2015

Decided: January 5, 2016

REFUSED.

Michael K. WASHINGTON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 559, 2015

Supreme Court of Delaware.

Submitted: December 1, 2015

Decided: January 5, 2016

AFFIRMED.

